**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SALVADOR VAZQUEZ, and MARCELO URBANO, on behalf of themselves and all other similarly situated persons, known and unknown, | |
| Plaintiffs, | Case No. 15-cv-3064 |
| v. | **Judge Edmond E. Chang** |
| MEXUS, INC., EMMANUEL MORALES, individually, and ROGACIANO MORALES a/k/a MARGARITO MORALES, | Magistrate Judge Jeffrey Cole |
| Defendants. | |

**STIPULATION OF DISMISSAL**

Plaintiffs, Salvador Vazquez and Marcelo Urbano, and Defendants, Mexus, Inc., Emmanuel Morales, and Rogaciano Morales, by their attorneys, pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, having resolved all outstanding issues in this litigation, hereby stipulate and agree that effective with filing of this Stipulation of Dismissal, this matter may be initially dismissed in its entirety as to all Defendants, without prejudice, each party to bear its own costs and fees. Plaintiffs are granted leave to move to reinstate on or before September 30, 2016 in the event Defendants have not materially complied with the payment terms of the Settlement Agreement in this matter. The Parties agree that reinstatement, if any, shall be for the sole purpose of collecting payments not timely made. If Plaintiffs have not moved to reinstate on or before September 30, 2016, this dismissal will be automatically converted to a dismissal with prejudice.

Dated: May 12, 2016

| | |
|---|---|
| SALVADOR VAZQUEZ, and MARCELO URBANO, | MEXUS, INC., EMMANUEL MORALES, individually, and ROGACIANO MORALES, individually, |
| /s/ Alexis D. Martin | /s/ Brian S. Schwartz |
| Alexis D. Martin | Brian S. Schwartz |
| Caffarelli & Associates Ltd. | Klein, Dub & Holleb, Ltd. |
| 224 S. Michigan Ave., Suite 300 | 660 La Salle Pl., Suite 100 |
| Chicago, Illinois 60604 | Highland Park, Illinois 60035 |
| Tel. (312) 763-6880 | Tel. (847) 681-9100 |

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that he served a copy of the attached document, **Stipulation of Dismissal**, to the parties listed below by electronically filing the same with the Clerk of the U.S. District Court of the Northern District of Illinois on May 12, 2016.

Brian S. Schwartz (brian.schwartz@labor-law.com)
Klein, Dub & Holleb, Ltd.
660 La Salle Pl., Suite 100
Highland Park, Illinois 60035

/s/ Alexis D. Martin
One of Plaintiff's attorneys